**RECEIVED**
**JUL 0 1 2011**
JUL 01 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Johnathan T. Pinney

11 C 4480
Judge Samuel Der-Yeghiayan
Magistrate Judge Sidney I. Schenkier

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

Sub claim to attached:
J.T.P. vs. Beuroucracy, commercialism § a defunct machine

vs. organizations   Case No:_____
(To be supplied by the Clerk of this Court)

and Agents of the State's and U.S.'s
Municipal divisions [in Illinois; Joliet/Stateville,
LaSalle County, Lee County (IDOC)], Corporations,
and various townships, or others Authorized to operate or otherwise
Employed there by, (partial list of Names of persons directly involved is
Provided as Not all Names are available at present.); Peterson, R. Jones § son,
Smith; The U.S. NE Dist.
Illinois Div Court Agent(s), The
Constitutionality of "Immunities"

Attention Felonous
criminal action plus
civil and Constitutional
based challenges.

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

__+__   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
       U.S. Code (state, county, or municipal defendants)

__▇+__  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
       28 SECTION 1331 U.S. Code (federal defendants)

__✓__   OTHER (cite statute, if known) Criminal + Civil

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

I. **Plaintiff(s):**

A. Name: Johnathan T. Pinney

B. List all aliases: HARMON MIXER@YAHOO.com DARK_Looking-GLASS@Rock.com

C. Prisoner identification number: M15216

D. Place of present confinement: Dixon Correctional Center

E. Address: 2600 N. Brinton Ave. Dixon IL 61021

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: C.M. Ruccuglia

Title: 13th Circuit Court Judge

Place of Employment: 707 Etna Rd. Ottawa IL 61350

B. Defendant: Mike Olewinski

Title: States Attorney / Public defender

Place of Employment: 707 Etna Rd. Ottawa

C. Defendant: Brian Vescogni

Title: States Attorney / Public Defender

Place of Employment: 707 Etna Rd, Ottawa

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

# Parties Involved

D. Matthew Kidder
   States Attorney
   707 Etna Rd. Ottaway, IL 61350

E. Dr. Tim Brown
   Expert wittness/Doctor
   c/o States Attorney

F. Dr. Robert Chapman
   Expert wittness/Doctor
   c/o Public Defenders office

G. James Reilly
   Public Defender
   707 Etna Rd. Ottawa, IL

H. Dr. Robin Watkins
   Expert wittness/Doctor
   c/o States Attorney

I. Dr. Erwin Banks
   Expert wittness/Doctor
   c/o Public Defenders office

J. Brian Towne
   States Attorney
   707 Etna Rd. Ottawa, IL

K. Judge BALESTRI
   13th Cir. Ct. of Ill. judge
   707 Etna Rd. Ottawa, IL

L. Community Hospital of Ottawa Staff
   I. N. Reynolds
   II. L. O'Connell
   III. K. Ryan
   IV. R. Lambert
   V. M. McConville
   VI. K. Scheib
   VII. C. Buckner
   VIII. Dr. Kestenberg

M. Ottawa Town Police officers
   I. Andrew McLaughlin
   II. G. Cox
   III. T. Sondgeroth
   IV. D. Sovero

N. La Salle County Deputies
   707 Etna Rd. Ottawa, IL 61350
   I. Stevan Eller
   II. Jason Martin
   III. Adam Diss
   IV. Lowell Ambler
   ~~IV~~ Randy Railay

O. La Salle County Highway Dpt.
   Larry ~~Kozer~~ Kinzer

P. States Attorney
   Jerimiah Adams
   707 Etna Rd. Ottawa

Q. Department of Human Services
   Agents in ELGIN MENTAL HEALTH CENTER * Names Not Available at this time *

R. La Salle town Police Department
   I-IV Names ungiven

S. Joseph M. Carey Clerk of court
   La Salle County
   707 Etna Rd. Ottawa, IL

T. Jay Weigman
   Appellate Defenders office
   1100 Columbus St. Ottawa, IL

U. Unnamed Court Actors in Elgin Mental Health Court

V. U.S. Dist. Ct Judges (N.E. Ill. Div)
   I. Matthew F. Kennelly
   II. R.R. Pallmeyer
   219 S. Dearborn St. Chicago, IL 60604

W. Alternative: Social Security Administration
   U.S. Based Agency, various agency locations

X. Dixon Correction Center * see next page *

Parties involved...

Y. Illinois Department of Transportation / Secretary of State

Z. State of Illinois Statutes

\* X... Staff of particular interest include:
- "Counselor" Hernandez
- "Counselor" Messina
- "Warden" Nedra Chandler
- "Vice wardens" Curtis O'NEIL
- Records office Beck Williams
- "Super intendant" Eubanks
- "Administrative Review Board" Agent S. Bentol
- P.R.B. Agent Diaz

ALSO

AA. Illinois Judicial Inquiry board

BB. Mental health Advocates

CC. Attorney General's office (I behaved reasonably)

DD. 2 unnamed traffic courts and respective agents

EE. Richard Jones & son ⟶ private citizens in Sheridan Area Plaintiffs/witnesses for states Attorney(s)

FF. __ Smith

GG. __ Peterson

HH. Provena Hospital - Peru, Il. un-Named staff in cooperation with Dr. Chuprevich

II. Beurocratic U.S. Laws

JJ. U.S. F.D.A.

KK. Curry County (Clovis, New Mexico) Government system

LL. Los Angelos County (Hollywood, California) Government system

MM. Guardianship & Advocacy commission

NN. Illinois state Legislature, Judiciary, and Executive Departments

OO. Organizations responsible for character/competance review of Medical & Govern-mental qualified members (ie. police, Lawyers, etc.)

Statement of Facts

I, Johnathan T. Pinney have lived quite a difficult life here in America. I was born of an unwed mother of 17 years of age in 1985 and was raised without any substantial support ieather Financial nor Emotional from my Biological Father.

Due to advanced intelligence I had been bored durring my First (and following years) years of schooling, and reserted to inappropriate behavior to be allowed to return home. This resulted in a series of transfers to schools for behavioraly challenged persons which also failed to provide adequate mental stimulation, and ultamately my replacement into standard grades by the final years of Education.

Durring these years I was Labeled by various medical doctors as a number of different titles and subjected to many experimental drugs; Applications for Social Security Benifits were made but denied due to high Intelligence Quotent scores (boardering Genious).

At the age of 18 I was thrown out of my parrents home, But was given a car as a gift from an uncle. Not long after I'd attempted to take college courses but due to Federal Grant rules that I am Designated a Legal Dependant till I am 24 years of Age, and an arrest for tresspassing to my parrents land due to an argument arrising while I was trying to obtain such requisite information; hindering my ability to advance myself.

At aproximately the same General time My liscence was suspended due to an inability to afford inflated insurance rates prejudicial to myself due to my youth, but driving without such in attempt to obtain employment; The basis of stop was due to inability to maintain such vehicle, being the result of a head light out, and a missing liscence plate on another (was stolen).

A new application for social security was made on multiple occasions to no benifit.

Housing assistance was obtained briefly but was evicted as a result of police making an unwarranted raid on my apartment apt. 9/7/05 and innitiating false charges of possession of marijuana & Drug paraphinelia despite Negative test results on my self and the substances. Police Admitted me to a local hospital in peru (provena) where I was subjected to repeat doses of Dangerous Mind altering substances involuntarily. I was later evicted from the Apartment Highrise 1040 2nd St. Apt # 204 as a result of these allegations, maliciously prosecuted, Not to mention Adverse reaction on a relationship as I had in fact stopped using marijuana as a promise there to.

With no governmental assistance now I sought shelter in Joliet, Il. which resulted in a failure to Appear warrant on the Above charges due to an inability to secure transportation 1/11/06. Having made calls to Explain the situation a couple days ahead of time I was told a

warrant would be issued for my Arrest. In attempt to avoid arrest but make good faith effort to clear my name and such, I obtained the earliest transportation possible which was the 11 that night, and checked into the Community Hospital of Ottawa of feigned allusions to suicidality to secure admission, and made attempts to remedy the situation through phone calls therein.

On 1/13/06 I was returned my religious garments and book and had intent of having a Meditation session there in. Medical staff seeing me garbed so took objection to my religion and made efforts to deny my right to so practice. They called an Andrew McLaughlin to the scene to remove the cloak from my person and then in conspiracy with him called additional officers to manufacture a false pretense and force mind altering substances on myself which all parties did involve themselves so.

On Apx. 1/19/06 I was turned into police custody on the F.T.A. warrant and a new Aggravated Battery warrant as a result of a bite "wound" sustained by Andrew McLaughlin while he was involved in the above acts, and had used his forearm to strike my face repeatedly and then to rend my lips into my teeth to cause the reflexive Bite, to use as Evidence against myself (amongst other illegal actions).

The court assigned counsel of the public defenders office despite my clear statement I wanted only a advocational services there from and then made claims that due to such appointment I lost my right to access the court directly and that I was subject to the will of such counsel.* Court then initiated a process of challenging my fittness to stand trial, the first evaluation determined I was infact fit was rejected by the court and a second order to evaluate was made which reported myself unfit - with myself refusing to comply with testing.

A fittness trial was then conducted with a patently incompetent jury and on finding of unfit to stand trial I was transfered to Elgin Mental Health Center where I was repeatedly subjected to Mind altering substances for such acts as having my feet on furniture (per records), which were eventually compounded by a localized Mental Health Court Judge Authorising this forced injection.

On being found fit I was returned to La Salle County where they again challenged this status and returned me to Elgin in a similar fashion.

Soon there after I was returned again to La Salle County with a detailed report stating clearly my mental capacity is not questionable and at most there is a conflict of personality and opposition to the illegal actions of court appointed counsel. I was then allowed to perform pro se in my delayed trial. Numerous motions were filed and defenses made but most were ignored or denied.

*contrary to Rules of Professional Conduct

"Trial" was conducted with a pannel I would never call peers, much less would I consider some of sound mind.

The court denied myself of protection of those decisions on the statute in question, particularly as it relates to the words "Engaged in his official Duties" as a material element of the offense as well as the words "without legal justification" particularly as it relates to the legal defense of Entrapment.

Other issues such as character witnesses, and other lay-expert witnesses were also denied.

On the inevitably obtained verdict of guilty there under I was sentenced to time searved plus 2 1/2 years conditional discharge. I was then released to homeless status where on I went first to Indiana where I was repeatedly harrassed and even violently approached by police and returned to La Salle County where I was also harrassed for acts inherent in such homeless status and included damages and theft of my property by citizens that police refused to act on.

I met a woman using the name Danyel Jones whom was promising marriage in New Mexico and managed to get there only to have her have me arrested for trespassing for no act on my part which leads me to suspect an implied prostitution like con to obtain benifit for promises of love. I plead guilty to be freed from confinement with criminal "inmates" (after some abuses by the police and medical personells).

I left to Los Angelos California where I again pursued college education but was arrested on multiple false accusations. some of which I plead guilty to to be released, others were simply dropped after much police brutality including but not limited to Housing with apx. 300 men in one room apx. 40' by 40' with one TV and all races in a highly racial atmosphere/temperment, cuffing that is suspected to have temporarily amputayed my hands without full detatchment, and a practice where in I was maced directly in my eyes intentionaly (after being tackeled) and brought to the Emergency Room/Treatment Center where an opperation was "performed on a wound" allegedly recieved without my notice and the painless oppecation (not possible on an existing wound) that followed included the implanting of an electronic tracking device as well as the permanent altering of my face.

After threats on my life due to this mark I returned to La Salle County where I was again harrassed for still being homeless, and was subject to such acts as a minor Cody Howard throwing stones at me in a public park. And a subsequent arrest under statutes of Disorderly Conduct

and trespassing to private property which included a conspiracy of 2 neighbors of the Howards to file false reports, which I recorded on a micro cassette recorder but the arresting officer seized the tape and batteries to illegaly suppress such (Deputy Ambler ~~████~~ 3/15/10). Reportedly the complaintant Peterson is a former correction officer is the only motive evident in compounding and suppressing.

I plead out to this charge due to many reasons one of which being the deal offered for release, others of the suppressed evidence and forcing of former states attorney as counsel also contributed. I was again released to homelessness and apx 4/23/10 arrested again for "tresspassing to state property" for being homeless and living under a bridge in the country...resentenced to 4½ years as a class 2 felny I was given credit of 982 days served and released a week later on MSR, but was demanded to reside in a shelter in west side Chicago despite a letter on the record that I would not reside in any such place (filed on record).

Having returned to my county of residence I was soon arrested on a MSR violation warrant which was issued for my refusal to so endanger myself and other factors including the preservation of my appeal right in the trial court under a "mandatory" Motion for Reconsideration which I had to appear in, the fact I had property I needed to preserve still in custody of the county, and other matters of rights which were insufficient to PRB staff to excuse my non compliance (and the fact they never bothered placing my information into the computer system), I was reconfined to searve the MSR term as an extended imprisonment order.

The recalculation was done by hand to bypass computer protocol of calculation from mittimus date which would have issued my release apx. 2/1/11 but instead was generated the date 8/1/11 which was later (9 months apx) changed to 7/31/11 after filing a claim with the court of claims of Illinois over the subject (Becky Williams accountable).

Despite legislative intents of imprisonment as a rehabilative system absolutely no such assistance has been made available and I have searved near the entirety of a year confined in isolation. Counselors have refused to provide the assistance to as much as secure an I.D. for my release, let alone refuse to comply with 305 ILCS 5/6-11 through 5/12-8 to provide transitional assistance directly required under 305 ILCS 5/11-3.2. Statutes I discovered due only to legal research.

The fact I did have some I.D. before my illegal arrest for homeless status shows that they in fact have done acts only to debilitate me.

Each such involvement has left me less able to suceed and become a productive member of society. As a result of physical injuries suffered in the custody of agencies of the state/municipalities I presently have a knee which has been required to be rebuilt, a shoulder which is suspectedly broken due to pain and noises that

are made by it. Both wrists also produce sharp pains, and my hip in my opposing leg to the rebuilt knee has begun to pain myself as a result of the requisite over compensation. An eye which was injured outside of custody and requires corrective surgery in the form of a capsulotomy is one medical care issue they have refused to remedy, and I have been subject to experimental Eye drops for my Glaucoma which have had side effects while proven effective treatment of Marijuana is denied due to societal social abuse/misuse for recreation.

My excessive isolation has adversely affected my social skills to the point I have trouble articulating words in speech and lack most any social medium in which to converse. Those subjects which I do have knowledge in leave me socialy isolated as they are on subjects a standard citizen has little if any awareness on let alone much interests in, which not only converts conversation to lecturing but typicaly leaves people unwilling to endure iether.

The many hardships suffered in custody are only aggravating to the whole, and would require volumes to cover each incident but most are blatently admitted in records made by such agents at the times of commission, though by no means all.

The fact of multiple false arrests and even false convictions with falsified evidence/testimony and other methods of defeating review, these all tend to evidence a practice held by the many states to insulate State (or Federal) Employees from accountability for their actions, resulting in greivious harm by agents whom presume themselves above the law. The decision tendered by a Matthew Kennelly of the N.E. Dist. court of the U.S. in Illinois in case # 2010-CV-7536 clearly portrays such a governmental practice condoned by agents of the courts (in fact I understand such doctrine entirely created by the Judiciary). Other decisions such as found in U.S. v. Philedelphia 644 F.2d 187 raise question to the governmental protection of citizens victim of such organizations despite that privelage secured under the 14th Amendment under Monell v. department of social services 436 U.S. 658 citing "privelages" secured by the 14th Amendment. Thus 2 decisions that substantialy claim a citizen cannot be protected from future violations by an organization proven to use protocols which foster misconduct through a States attorneys attempt for injunction through the courts Nor may injured persons reportedly seek remedy after a constitutional violation has been suffered under Mr. Kennelly's Ruling.

In totality these events spell out the criteria calling for the Founding Fathers / Declaration of Independence from tho crown of England, Evidencing a pattern of Abuses and usurptions driving me into absolute Despotizim not dissimilar from the state of (Abolished) slavery.

One of the most Ironic elements however must be how these public searvants can go on day to day and openly sign their names to acts which can only be characturized as being tyranical at best, taking these acts as the commonplace that they are; without regard for the Heinus cruelty and oppression inherent in their acts; as though they assume their office was created with the vision of such treatment in mind.

Now in the alternative to finding that my due process was denied under color of fittness to stand trial proceedings which calls to question the motive there fore, If this court decides for whatever basis these acts were just and true the res judicia effect on the status of a Mental illness rendering myself unfit to perform such minimal criteria of understanding the nature of present court proceedings and assisting in my defense then undoubtedly I would have been improperly deprived of these Social Security Benifits all these years. The first application at the age of 10 and my age of 26 Now, thus 16 years X 12 months @ $1,000 per month = $196,000 in benifits alone and does not account the physical and mental hardships resulting from such improper indigent state including the homeless state I was improperly harrassed for and arrested and deprived property for, made to survive winters cold in only a tent and blankets to trap the heat... and many other hardships there under. Such also raises the affirmative defense on subsequent tresspassing to state property if the application thereof hadn't already been declared unconstitutional expressly under Pottinger v. Miami and many similar decisions. Though due to the additional injuries causing physical limitations (handicap) this court may declare eligibility for Benifits and competence mentally with many inter related combinations of my claims, but on no occasion can it find no element on which relief should be granted.

Now severally the Appellate defender having been responsible for apx 1 years' worth of delays on my Appellate process in the State Appelate Court (Jay Weisman) has thus contributed to the loss of liberty by violating the Rules of professional Conduct of Attorneys in his excessive delays "due to prior committments."

The 4 private citizens — Scott ~~Atwood~~ R Jones and son, — Peterson having made false statements to police contributed to my loss of liberty, as well as property, but due to State (county) Agents suppressing Evidence or failing to secure the same No viable evidence exists to prove facts against these people. Duties such agents held to preserve, as well as the duty to preserve my property abandoned 4/23/10 and to conduct search on 3/21/09 for stolen laptop - Investment in my future.

The improper continuance of confinement order while not possible If improper confinement had not been issued in the first place

But as they were extended beyond that authorised all such time is directly liable there under. I did seek remedy through Administrative personnel of wardens, counselors, and super intendant, and administrative Review Board. None chose to take action to remedy this. ~~notice they were requested to remedy the~~

At this time an action is pending in the court of claims though the ~~~~ powers there under are quite limited and adequate relief is unlikely, and statutorily impossible

The fact that imprisonment/term has been utilized solely to cause injury to myself at the benifit to the facility of diversion of funds provided with the intent that some rehabilitative purpose be served, has thus deprived me of that right.

The fact all the above hold the cumulative effect of both causing and contributing to the verry state which I am presently confined for and will undoubtedly be released to again with the same threats pending.

Evidenced is a scheme by which, through the creatures bound by the law and constitution, have taken to deprive all that is ment by due process of the law and equal protection there of. A state not unlike abolished slavery and equally cruel and oppressive. The Majority of these acts are common records and reports they are bound to ensuring the inerrancy of.

Any public citizen will recognize these people as one body "The Government", and while the many compartments/agencies Beuros, etc. are recognised distinctions the presence of the unity, comradori, allegance, etc. of any such public official is, too, recognised, to the point impartiality is evidently defeated/undermined in relation to the general judiciary, which circles back again to the issue of protection of the law.

Here I am subject to punishment of laws I did not violate while others are violated to affect such, and I have shown history where I have been denied both protection of criminal violations, but also of the benifits of other statutes enacted to provide welfare/social security benifits, Educational advancement, or any other assistance to rehabilitate myself.

I also exhibit C.M. Riccuglia's repeat DUI History having been stipulated to (in the court of claims) in the event charges of attempt to use her office to influence officers be dropped, yet she still retains her possition to this day despite constitutional requirement to remove civil officers for misdemeanor offenses. This "conviction" in 1999 would have prevented her ability to affect myself adversly through a failure to protect the general public via constitutional Duty. A "systematic maladministration" of laws which has now incorporated itself into such cases as those enacted by M.F. Kennelly to defeat 10-C-7536, too is

an example on present policy of the Collective Government's attempt to excell its members to a state above the law, including compounding the violations of citizens and obstruction of the protection of law for Relief.

The more these acts are allowed to persist the more upstanding citizens are discouraged from membership thereto and the less quality becomes available to the protection of the public, ultamately corrupting the entire system to a state presumptively irreparable.

Each of these arrests Encompas a requisite Duty to restore persons (myself) to productive citizenship, a general right which has thus far been denied. One I am entitled to relief to establish. Including but not limited to Education advancement and "Releasee" assistance compatible to my needs. Rights thus far unmet.

While I do not have any physical evidence establishing any direct lines of communication causing the corruption I am directly victim of (except as to those published opinions solicitous of bias/corrupt rule by courts and obvious public relations and media portraying the factual practices.

It is unnecessary to prove the direct Solicitation or other acts directly evidencing intent to act under the same cause of the prior actors, as the "No questions asked" support of members is standard protocol, and whether or not the agents were aware of prior acts or not, the fact remains they all contributed severally, in multiple stages and sites, to the present state of injury being a series of abuses and usurptions pursuing invariably the same object Evidencing a design reducing me to absolute Despotism. It seems the American Government has found the policy responsible for the need of the Declaration of Independence from the Crown, in the practice of Soverign Immunity. The fact this state is ever so present while in confinement/imprisonment is a commonly known fact the courts refusal to remedy has resulted in repression and submission to such evils improperly to the point Malnourishment in perpetual isolation is precieved the "Norm". In fact any less would cause Death by physical starvation in addition to the "mental death" by privation.

The fact this design has played out in every state thus far visited shows the wide spread corruption the public has not been protected from by the Federal Government, and evidences the degree of relief necessary to restore my right to security alone, not only the injury sustained, remedied.

The several Defendant of the F.D.A having approved the administration of hazardous chemicals is involved in the forced torture to attack my honor and reputation in the courts, but extends to the endangering of Natural water supplies and includes attacks on the General welfare diverted to those pharmecuidical manufacturers for treatments proven less effective and more harmful than proven holistic remedies. The use of synthroid alone is one example of a harmful drug masking a symptom to injure the body worse as opposed to Herbal remedies such as Thyroid Stimulator II which cure the problem. One Element of my own personal history included an attempt to subject myself to such artificial hormones to cause a life dependency and perpetual income. The annual death toll reported of these drugs approved as "safe" far exceeds that of banned "street drugs" and many other causes of death, and extends to other Elements of injury in opposition to the Civic Duty society accepts as the primary basis for its Creation.

The Several Defendants/Attorneys have caused this injury under color of state laws including their contribution to Torture and Defamation hindering the right to speedy trial and such Exist due to unconstitutional statutes proporting to allow an acceptable basis for torture under state laws which through a systematic process assuming the mental deficiency of those victims targeted as well as their general lack of access to laws let alone methods to secure their protection under them, people are subjected to torture daily under protection of orders issued by the judiciary, or otherwise on their own violation. Mental Health advocacy Agents make no effort to protect or inform these victims of the recourse available and thus torturous practitioners maintain liscences authorising them to continue this practice by the state.

The Severable issue element of many of these numerous Events having Included prosecution of offenses where no party had any viable ground to complain as they were not adversly affected in any way nor did my actions hold any potential of causing injury to others. The fact such statutes do exist to allow for such invasion on the private lives of citizens and cause them harm, myself having been so affected in absence of such "violation", is an inherent element which the constitutionality of such statutes is greatly in question, being wholely outside the legitimate jurisdiction of Government involvement, Invasion on Liberty, Privacy, and pursuit of Happiness. This applies to all such statutes legislating morality and prohibiting private Drug use, prostitution, or any other act where there is not a present Grieving party adversly affected by such actions, otherwise any imprisonment there under is directly disproportionate to the severity of the charged offense.

Too, the statutes excelling the punishment against any injury to government workers is likewise disproportionate to the severity of the injury. The government workers interest to be free of injury is no greater than the private citizens. The Injury being inflicted on the accused being reportedly to discourage future violations by the general public Qualifies directly as Terrorism per statute. The basis of the most extensive injury of imprisonment of my self under the case #2006-CF-39 from the 13th Circ. Ct. of LaSalle County IL. (including 18 USCS. ch.113B §2331 Domestic terrorism; ch.19§ 371 conspiracy; and T18ch3 §241 violation of civil rights; as well as other elements of T18 ch109 §2236 unlawful search seizure; and war crimes ch.118 §2441 & ch113B §2340(B) Torture)

The residual effect of statutes mandating insurance (and Registration) to be paid as a requisite (hence infringement) on locomotion (locomotive assisted travel) which may have its positive inspiration but is disproportionately injurous to the poor, and those insurance company's rate as an increased risk. Again such tickets were issued not on examination of an accident scene, but due to mechanical difficulty of a light out and missing (stolen) plates. No injury was caused as result of my driving. Infact due to my youth in the country I took time to practice reactive driving on abandoned roads giving myself skills other people don't have in drift control in severe conditions an element insurance companies don't account.

The blatent violations of due process and protection of the law being of such a constitutional level to evidence these rights jeopardised by the agents sworn to protect them Evidences Remedy must be provided in such a way as to provide myself complete remedy to my security of self which can only be done by permiting myself a state beyond Jurisdiction of the courts through diplomatic immunity and/or land out of such jurisdiction.

I will note too according to A National Review Magazine (P.4) Dec. 31, 2010 A Federal Judge has ruled that Congress has no

...Constitutional authority to require Americans to buy health insurance, thus the authority to require drivers to have Automotive Insurance is presumed unconstitutional on its face. being one major blow to my right of locomotion and thus negating my ability to seek work, causing the homeless state I was unconstitutionally prosecuted for, and subjected to a myriad of threats and injuries for.

The issues of 2006-CF-39 being the arrests affected alone do thus include sworn testimony of the involved defendants secured by judicial estoppel, despite much perjury being evidenced a universal recognition that all parties from 1/13/06 were involved in an illegal act of torture in violation of Federal Law 18 Fed. Crim. Code ch. 113C § 2340 (B), and indication such was due to opposition to my religion, the officers injury was sustained during his involvement in the commission of this felony on myself is not disputed.

The repeat nature of harassment for homeless status too is not debated. nor that such did result in my present confinement directly, which is responsible for apx $6,000.00 direct value loss of property Not accounting other factors such as work products or sentimental value, admitted to having been abandoned despite my personal call to 911 for assault there on by R. Jones and son.

Thus Summary award (as a contempt proceeding) is warranted to all such matters bound by judicial estoppel on public court record 2006-CF-39 of the 13th circuit court of Illinois. what ever claims this court does not so summarily award relief on May proceed to jury trial. But as these two alone evidence the Malicious prosecution and improper judicial acts to ensure improper convictions and deprivation of equal protection of the laws atleast in that County itself, as well as the public defamation to make myself appear a psycotic, violent, felon in the public eye and its effect on my ability to obtain employment; sufficiently resolves the core issue of my complaint of the injurious state I am placed, and require relocation and rehabilitation costs at the least. In fact the line is Hazy as to where the limitation would be drawn as all acts of all parties are grieved at the level(s) they themselves must acknowledge and for the most part admit, which most being court records (or medical transcripts) with exsisting precidents on the books, not much (if anything) is disputable; and their effect certainly is not. My education, transportation, Reputation, and resources (financial, social, etc) are vital elements necessary to restoring me to usefull citizenship, a productive body in general. All of which have only been affected negatively through the series of acts by agents required to affect any or all of the above positively, entitling me to remedy to affect that duty unmet.

The stigmatized affect on my education from my youth to present having been one obligatory duty not adequately served and negatively affecting such state of employability is not unrelated. The fact tests had portrayed my IQ as near Genious at age 13 or so, my development has been obviously hindered considering my present state.

Despite Kennellys ruling, the fact that the events listed herein and in his matter 2010-cv-7536 touch each other iether by the same series of acts or by the defendants involved or otherwise, the same applies to Habeus Corpus 2010-cv-7535-Pallmeyer, to any degree the appeal from these cases (11-2269) results in Remand I'd request they

be attached hereto as it is substantialy only the details of the Events of 2006-CF-39 from the 13th cir. Ill. Ct., the most prominent injuries there under, most directly affecting my present state.

The fact I hold a contratual right to choice of employment a vauge claim to alledge I could potentialy obtain employment at "X-type of job" is not sufficient to such right. In fact there is one form of employ I am presently interested in: The manufacturing of an Exoskeloton on the structure of Diamond and Graphine. Any other job is futile compared to the benifits of such a device, and any time not dedicated to its manufacture, to me, is wasted. At least one college in Illinois possesses the equiptment to perform the task, while I would require training or the assistance of one who is already trained. This is the job to end all jobs, atleast as they're presently known today. In short time it will even end the need for law enforcement as such suits would end the ability to harm, which would truely be the only way to restore myself to full security from injury by such organization, and hence my true comfort as an American.

This lack of security (in security) is a direct infringement on such right; which is the direct result of repeat violations by persons occupying positions of trust in any form, by agents created and empowered in their acts only through the state of present governmental maladministration of laws intent on protecting the public, yet failing miserably to accomplish.

One binding element of all actors in the state of Illinois is the violation of 720 ILCS 5/33-3 "Official Misconduct" as well as the general violations of 14th Amendment Right, Equal protection, and other similar criminal and civil remedial statutes there related. But as citizens are not offered applicable law as Education Standards and facilities Illegaly refuse viable access to such I do not know all the available and applicable statutes Beyond §1983 and those listed thus far. I am fortunate enough to know my rights under the U.N. Declaration of Human Rights which includes right to social security in times of unemployment though no such relief has thus far been available and the general rights and privelages laid out in the founding documents of the country including the Declaration of Independance, though my experience with the judiciary has thus far exhibited lack of acceptance of the Entire concept of the so called "Re construction Era" just 40 years ago.

I certify the statements herein true to the best of my knowledge and belief.

Address to be
3507 E-27th Rd
Marseilles, IL 61341
As of 7/31/11

Johnathen T Pinney
M15216 XC-44
Dixon Correction center
2600 N. Brinton Ave
Dixon IL 61021

## Relief Sought

Therefore, I request:

1: My emmancipation from this country's Jurisdiction and recognition as a forign Soverinty with Diplomatic Immunity.

2: Financial restitution for the injurious behaviors suffered of the value of $50 Billion U.S. Dollars

3: Land ownership of equitable size to be free of US Governmental Taxation or other Jurisdictions to be recognized as the Nation of which I am founded Sovereign of.

4: Treaty of Non-Aggression Between My Nation and that of the U.S. and the United Nations

5: An active campaign providing competant prosecution of all agents encountered as I identified for their part in the Events Grieved and responsible for my life of oppression

6: Free transit between my Nation and American land for myself and those I choose to allow as citizens of my new Nation of my own Rule.

7: Certified clearance to access of all scientific Advancements and developments made on American institutions, including but not limited to on college educations, and those developed under Military power and presently deemed "Top Secreat", and free access to all patents and copywritten or otherwise restricted materials, recipies, blueprints, schematics, designs, etc. as well as any journals on their effectiveness, faults, development, etc.

8: Access to government owned equiptment including but not limited to subterranian boring devices, transportation vehicles, and any other systems, devices, equiptment, etc., provided such use does not pose a direct interferance with any active missions of such a substantial nature as to endanger the security of the country through its inability to defend itself

9: Unhindered access to consult with all Employees of this country's Employ on all subjects including exposure of "confidential" and other "Classified" or otherwise secreated information, which would include access to such laboratories as the leagondary "Area 51" and others.

## (criteria of Land (forfeiture)

The land must be iether uninhabited or the present residents may sell their interests and vacate the land.

The land must be hospitable to plant life, sufficient to provide agricultural goods for a future population no less than 5,000 people (Including cattle feed allocation).

There must be an adequate water supply fit for human consumption and adequate to irrigation needs. This may be deliverable by an aqueduct, underground veins or otherwise.

Alaskan territory will be acceptable provided greenhouse materials and petrol-oil pumping and processing are adequately furnished to upkeep costs for such agricultural upkeep.

Tropical and forign country lands may similarly be considered provided that reasonable supplies are provided to adequately counter the natural difficultys arrising therefrom (I.E. Reliable transportation to and from each Nation, Native pest control, calimate control to accomodate present and future citizens, etc). Similarly I do not oppose the formation of land mass through the stimulation of volcanic activity provided such is structurally sound and adequately habitable